UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA BORUNDA,<br><br>    Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | **JUDGMENT**<br><br>No. 4:13-CV-99-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 4, 2014, that Defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on February 4, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Tood J. Lewellen (via CM/ECF Notice of Electronic Filing)

February 4, 2014                JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk